IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RASHAD C. LEE, #213823, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:13cv797-WHA |
| ) | |
| DEWAYNE ESTES, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #3), entered on November 13, 2013, and the Petitioner's Objection thereto (Doc. #4), filed on December 2, 2013.

Following an independent evaluation and *de novo* review of the file in this case, the court finds Petitioner's objection to be without merit for the same reasons set out in the Recommendation, and it is hereby OVERRULED.  The court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

    1.  The 28 U.S.C. § 2244(b)(3)(A) petition for habeas corpus relief is DENIED.

    2.  This action is DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A), because Lee has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider his successive habeas application.

DONE this 3rd day of December, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE