IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RASHAD C. LEE, #213823, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 2:13cv797-WHA |
| DEWAYNE ESTES, et al., | ) (WO) |
| Respondents. | ) |

## JUDGMENT

In accordance with the order entered by the court on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner, and this action is DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A).

DONE this 3rd day of December, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE